# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DR. JAMES STENHOUSE

VERSUS

LOUISIANA WOMEN'S HEALTHCARE
ASSOCIATES, L.L.C., ET AL.

   CONSOLIDATED WITH

DR. JAMES STENHOUSE

VERSUS

KIM SANGARI AND RICK
CAPDEVIELLE, ET AL.

NO.   2023 CW 1216

**FEBRUARY 14, 2024**

---

In Re:   Dr. James Stenhouse, applying for supervisory writs,
         19th Judicial District Court, Parish of East Baton
         Rouge, No. 715940 c/w 716906.

---

**BEFORE:   GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

   **APPLICATION FOR REHEARING DENIED.**

                              JMG
                              WRC
                              WIL

COURT OF APPEAL, FIRST CIRCUIT

_____
      DEPUTY CLERK OF COURT
         FOR THE COURT